STATE v. LANG

No. 284P92

Case below: 106 N.C.App. 695

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 September 1992.

STATE v. LANGSTON

No. 270P92

Case below: 106 N.C.App. 494

Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 3 September 1992. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 September 1992.

STATE v. MOORE

No. 256P92

Case below: 106 N.C.App. 494

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 September 1992.

STATE v. MOSELY

No. 245P92

Case below: 106 N.C.App. 395

Petition by defendant for writ of supersedeas denied and temporary stay dissolved 3 September 1992. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 September 1992.

STATE v. NOBLES

No. 204P92

Case below: 106 N.C.App. 393

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 September 1992.